AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H. | United States Court of Appeals | 5/08/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1729 Fifth Avenue North
Suite 900
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | University of Alabama School of Law |
| 2. | Adjunct Professor | Cumberland School of Law, Samford University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | University of Alabama School of Law | $12,000.00 |
| 2. 2017 | Cumberland School of Law, Samford University | $7,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | SELF-EMPLOYED ACCOUNTANT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | February 10-12, 2017 | New Haven, CT | Panel Member, Celebrating Justice Thomas's 25 Years on the Supreme Court | Transportation, Lodging, and Meals |
| 2. | The Federalist Society | March 3- 4, 2017 | New York, NY | Panel Moderator, National Student Symposium, Columbia Law School | Transportation, Lodging, and Meals |
| 3. | American Bar Association | March 9, 2017 | Miami, FL | Panel Moderator, 31st Annual National Institute on White Collar Crime | Transportation and Meals |
| 4. | Texas Review of Law & Politics | April 21-23, 2017 | Austin, TX | 2017 Twentieth Annual Banquet | Transportation, Lodging and Meals (including my spouse) |

| | | | | |
|---|---|---|---|---|
| 5. | Charles Koch Institute | May 16-17,2017 | Washingon, DC | Keynote Speaker, Behind the Bench: The Past, Present, and Future of Fed. Sentencing | Transportation, Lodging, and Meals |
| 6. | Witherspoon Institute | August 1-2, 2017 | New York, NY | Presentation to the Witherspoon Institute | Transportation, Lodging, and Meals |
| 7. | George Mason University Antonin Scalia Law School | September 15-16, 2017 | Washington, DC | Keynote Speaker, Tenth Annual Transatlantic Law Forum | Transportation, Lodging , and Meals |
| 8. | The Federalist Society | September 22-24, 2017 | Nashville, TN | Keynote Speaker, Vanderbilt Law School | Transportation, Lodging, and Meals |
| 9. | The American Law Institute | October 25-26, 2017 | Philadelphia, PA | Advisors Meeting, Restatement 3rd on Conflicts | Transportation, Lodging, and Meals |
| 10. | The Federalist Society | October 26-29, 2017 | Columbus, OH | Deliver Lecture, Lawyers' Chapter | Transportation, Lodging, and Meals |
| 11. | New York University School of Law | November 2-3, 2017 | New York, NY | Deliver the Hayek Lecture | Transportation, Lodging, and Meals |
| 12. | The William F. Buckley Jr Program at Yale | November 3, 2017 | New Haven, CT | Deliver Opening Address to The William Buckley Jr. Program at Yale, 7th Annual Conf. | Transportation and Meals |
| 13. | The Federalist Society | November 15-18, 2017 | Washington, DC | Panel Moderator, 2017 National Lawyers Convention | Transportation, Lodging, and Meals |
| 14. | The University of Alabama School of Law | August 14, 2017 - November 20, 2017 | Tuscaloosa, AL | Professor - Legislation: Special Problems in Statutory Interpretation | Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - FIDELITY SELECT RETAILING | A | Dividend | | | Sold | 07/24/17 | K | C | |
| 3. -FIDELITY OTC PORT | B | Dividend | K | T | Buy | 07/24/17 | K | | |
| 4. IRA #2 (H) | | | | | | | | | |
| 5. - FIDELITY BLUE CHIP GROWTH | C | Dividend | L | T | | | | | |
| 6. - FIDELITY IT SERVICES PORTFOLIO | B | Dividend | L | T | | | | | |
| 7. -FIDELITY GOVERNMENT CASH RESERVES(Y) | | | | | | | | | |
| 8. -CLEARBRIDGE SMALL CAP FUND CLASS A | B | Dividend | K | T | Buy | 01/03/17 | K | | |
| 9. -FIDELITY LARGE CAP VALUE ENHANCED INDEX | B | Dividend | K | T | | | | | |
| 10. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | K | T | | | | | |
| 11. -FIDELITY SELECT CHEMICALS | B | Dividend | K | T | | | | | |
| 12. IRA #3 (H) | | | | | | | | | |
| 13. -FIDELITY STRATEGIC DIVIDEND & INCOME | C | Dividend | | | Sold (part) | 07/19/17 | K | A | |
| 14. | | | | | Sold | 07/24/17 | K | C | |
| 15. -FIDELITY OTC PORT | B | Dividend | L | T | Buy | 07/24/17 | K | | |
| 16. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | K | T | Buy | 07/19/17 | K | | |
| 17. IRA #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | L | T | | | | | |
| 19. -FIDELITY REAL ESTATE | B | Dividend | | | Sold | 02/15/17 | K | D | |
| 20. -FIDELITY SELECT ENERGY | A | Dividend | | | Sold | 05/02/17 | K | A | |
| 21. -FIDELITY SELECT SEMICONDUCTORS PORT | D | Dividend | L | T | Buy (add'l) | 01/18/17 | K | | |
| 22. -FIDELITY GOVERNMENT CASH RESERVES(Y) | | | | | | | | | |
| 23. -FIDELITY BLUE CHIP GROWTH | A | Dividend | K | T | Buy | 05/26/17 | K | | |
| 24. -FIDELITY CONTRAFUND | B | Dividend | K | T | Buy | 05/26/17 | K | | |
| 25. -FIDELITY SMALL CAP GROWTH | B | Dividend | K | T | Buy | 01/18/17 | K | | |
| 26. -FIDELITY SELECT CHEMICALS | B | Dividend | K | T | Buy | 01/18/17 | K | | |
| 27. -FIDELITY SELECT MATERIALS | B | Dividend | K | T | Buy | 01/18/17 | K | | |
| 28. -FIDELITY STOCK SELECTOR | B | Dividend | K | T | Buy | 01/18/17 | K | | |
| 29. -FIDELITY TREND | B | Dividend | K | T | Buy | 01/18/17 | K | | |
| 30. -FIDELITY SELECT MEDICAL EQUIP&SYSTEMS | C | Dividend | L | T | Buy | 02/15/17 | K | | |
| 31. IRA #7 (H) | | | | | | | | | |
| 32. -FIDELITY OTC PORTFOLIO | B | Dividend | K | T | | | | | |
| 33. -FIDELITY TOTAL EMERGING MARKETS | A | Dividend | K | T | | | | | |
| 34. BROKERAGE ACCT #1 (H) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -FIDELITY CASH(Y) | | | | | | | | | |
| 36.   -AMERICAN BALANCED CLASS F1 (Y) | | | | | | | | | |
| 37.   -FIDELITY SMALL CAP ENHANCED INDEX FUND (Y) | | | | | | | | | |
| 38.   BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 39.   -FIDELITY CASH (Y) | | | | | | | | | |
| 40.   -FIDELITY SMALL CAP ENHANCED INDEX FUND | A | Dividend | | | Buy (add'l) | 02/14/17 | J | | |
| 41. | | | | | Sold | 04/19/17 | K | A | |
| 42.   -FIDELITY SELECT SEMICONDUCTORS PORT | C | Dividend | K | T | Buy (add'l) | 07/18/17 | J | | |
| 43.   -FIDELITY CAPITAL & INCOME | A | Dividend | J | T | | | | | |
| 44.   -FIDELITY LARGE CAP VALUE ENHANCED INDEX | A | Dividend | J | T | | | | | |
| 45.   -FIDELITY SELECT TECHNOLOGY | B | Dividend | K | T | Buy | 05/26/17 | K | | |
| 46. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 47.   WARREN AVERITT, LLC PROFIT SHARING PLAN (H) | | | | | | | | | |
| 48.   -AQR MANAGED FUTURES STRATEGY FUND | | None | | | Sold | 08/22/17 | J | | |
| 49.   -BOSTON PARTNERS ROBECO LONG/ SHORT RESEARCH | | None | | | Sold | 08/22/17 | J | A | |
| 50.   -DFA INTERNATIONAL SMALL COMPANY I | B | Dividend | K | T | Sold (part) | 08/22/17 | J | D | |
| 51.   -DFA INTERNATIONAL VALUE I | B | Dividend | L | T | Sold (part) | 08/22/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -DFA US MICRO CAP I | A | Dividend | | | Sold | 08/22/17 | J | | |
| 53. -JPMORGAN STRATEGIC INCOME OPPORTUNITIES FUND | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 54. -MELLON STABLE VALUE FUND | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 55. -MERGER INVESTOR | | None | | | Sold | 08/22/17 | J | A | |
| 56. -OPPENHEIMER STEEL PATH MLP ALPHA | A | Dividend | | | Sold | 08/22/17 | J | | |
| 57. -VANGUARD EMERGING MKTS STOCK IDX. | B | Dividend | K | T | Sold (part) | 08/22/17 | J | D | |
| 58. -VANGUARD GROWTH INDEX ADM | A | Dividend | L | T | Buy (add'l) | 08/22/17 | K | | |
| 59. -VANGUARD INTERM-TERM CORPORATE BOND | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 60. -VANGUARD MID-CAP GROWTH INDEX ADM | A | Dividend | K | T | Sold (part) | 08/22/17 | J | D | |
| 61. -VANGUARD MID-CAP VALUE INDEX ADM | A | Dividend | K | T | Sold (part) | 08/22/17 | J | D | |
| 62. -VANGUARD SMALL CAP GROWTH INDEX ADM | A | Dividend | K | T | Sold (part) | 08/22/17 | J | C | |
| 63. -VANGUARD SMALL CAP VALUE INDEX ADM | A | Dividend | K | T | Buy (add'l) | 08/22/17 | J | | |
| 64. -VANGUARD TOTAL BOND MARKET INDEX ADM | A | Dividend | K | T | Buy (add'l) | 08/22/17 | K | | |
| 65. -VANGUARD VALUE INDEX ADM | B | Dividend | M | T | Buy (add'l) | 08/22/17 | L | | |
| 66. BBVA COMPASS BANK - A/C #1 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Pryor, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544